# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALE BELL,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES HARTLEY, Warden<br><br>        Respondent.<br>_____/ | 1:10-cv-00109-OWW-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST TO SUBMIT A SUPPLEMENTAL BRIEF AND GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE<br><br>[Docs. 12 & 13] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on January 22, 2010, and challenges a November 6, 2008 decision by the California Board of Parole Hearings denying him parole. Respondent filed an Answer to the Petition on April 2, 2010, and Petitioner filed a traverse on May 3, 2010.

    On May 11, 2010, Petitioner requested leave to present supplemental briefing in light of the Ninth Circuit's recent decision in <u>Hayward v. Marshall</u>, 2010 WL 1664977 (9th Cir. 2010). Petitioner attached the supplemental brief to his request and applied <u>Hayward</u> to the facts of his case.

    In light of the recent decision in <u>Hayward</u>, the Court will grant Petitioner's request to submit a supplemental brief and it will be considered when a determination of the merits is rendered.

1    Respondent has requested a thirty day extension of time to respond to Petitioner's
2 supplemental brief, if such request is granted by the Court.  Having presented good cause,
3 Respondent's request for an extension of time is GRANTED, and a response shall be filed within
4 thirty days from the date of service of this order.

5    IT IS SO ORDERED.

6    Dated:   **June 7, 2010**              **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE